to accurately reflect that the appellant was sentenced as a prior drug offender, §§ 195.275, 195.291.1, RSMo 1994, and as a class X offender, § 558.019, RSMo 1994. *See Winters,* 900 S.W.2d at 641.

We therefore affirm the judgment but remand for the entry of an order *nunc pro tunc* to reflect that the defendant was found to be a prior drug offender and a class X offender.

SMART and ELLIS, JJ., concur.

award of child support, the denial of maintenance, the grant of joint custody, and the denial of attorney fees. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the decree is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. A detailed opinion would have no precedential value. We have provided the parties with a memorandum opinion explaining our reasoning. The trial court's decree is affirmed pursuant to Rule 84.16(b).

**Jayne Terry KASSOFF,**
**Petitioner/Appellant,**

v.

**Dean Bryan KASSOFF,**
**Respondent/Respondent.**

No. 67982.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 23, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 4, 1996.

Application to Transfer Denied
Aug. 20, 1996.

**Kimberly NEIGHBORS, a minor,**
**et al., Plaintiffs/Appellants,**

v.

**Eli WOLFSON, M.D., et al.,**
**Defendants/Respondents.**

No. 66155.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 23, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 4, 1996.

Application to Transfer Denied
Aug. 20, 1996.

Theodore S. Schechter, Michael L. Schechter, Clayton, for appellant.

Christopher Karlen, St. Louis, for respondent.

Before SMITH, P.J., and GARY M. GAERTNER and RUSSELL, JJ.

### ORDER

Jayne Terry Kassoff appeals from a judgment in a dissolution action alleging error in the division and valuation of property, the

